# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| JUVENTINO CORIA PEREZ, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:19-cv-18 |
| v. | * | |
| WARDEN TRACY JOHNS, | * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 10. Petitioner Juventino Perez ("Perez") filed Objections to this Report and Recommendation. Dkt. No. 11.

In his Objections, Perez states his due process rights were violated during the disciplinary hearing procedure at issue in this case because he was not able to call a witness. Id. at pp. 1-2. Perez also states the Magistrate Judge was required to examine the facts and evidence in this case. Id. at p. 2.

The Magistrate Judge properly examined the relevant case law and applied it to the facts presented. Dkt. No. 10. The Magistrate Judge did assess the record before the Court.

However, the Magistrate Judge did not re-examine the record before the Disciplinary Hearing Officer, nor should he have. Id. at p. 5 ("Determining whether the 'some evidence' standard is satisfied 'does not require examination of the entire record, independent assessment of the credibility of witnesses, or weighing of the evidence.'" (quoting Smith v. Sec'y, Fla. Dep't of Corr., 432 F. App'x 843, 845 (11th Cir. 2011))). The evidence before the Court reveals Perez received all process due to him, and the Court need not consider Perez's unsupported assertions.

Accordingly, the Court **OVERRULES** Perez's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS** Respondent's Motion to Dismiss, **DENIES** Perez's 28 U.S.C. § 2241 Petition, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. Additionally, the Court **DENIES** Perez *in forma pauperis* status on appeal.

**SO ORDERED**, this 5 day of December, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)